See also Hobbs v. State, 53 Tex.Cr.R. 71, 112 S.W. 308, and Munoz v. State, 147 Tex.Cr.R. 212, 179 S.W.2d 566.

 We have concluded from the above authorities that after the indictment against Kilpatrick was dismissed he no longer was an accomplice witness as a matter of law. The jury resolved the disputed fact issue against the appellant, and we have concluded that the facts support their decision.

Finding no reversible error, the judgment of the trial court is affirmed.

**Louis MURPHY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28663.

Court of Criminal Appeals of Texas.

Dec. 5, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, four years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.